U.S. Department of Justice

Federal Bureau of Prisons

Metropolitan Correctional Center

Office of the Warden

71 W. Van Buren Street
Chicago, IL 60605

May 22, 2020

The Honorable Jeremiah J. McCarthy
United States Magistrate Judge
Robert H. Jackson United States Courthouse
2 Niagara Square
Buffalo, NY 14202

RE: Name:         KIDDER, Brandon
    Docket No:    20-mj-1010
    Reg. No.:     01435-509

Dear Judge McCarthy,

This letter is in response to your court order, dated March 17, 2020, which committed Mr. Kidder for an evaluation pursuant to Title 18, United States Code, Sections 4241 and 4242. Mr. Kidder was designated to the Metropolitan Correctional Center (MCC) in Chicago, Illinois, on April 3, 2020, and he arrived at the institution on May 8, 2020.

The statute allows our psychology staff 45 days to complete the evaluation. Our clinical psychologist requests a 30-day extension as permitted by the statute in order to complete the testing and examination necessary to develop a history, diagnosis, and opinion. The time period for the evaluation commenced upon the defendant's arrival at MCC Chicago. It is anticipated that the evaluation will be completed by July 21, 2020. Three copies of the report will be submitted to the court within three weeks of completion of the evaluation. You can expect to receive the report by August 11, 2020.

If you should have any questions regarding the evaluation, please contact Dr. Allison Schenk at (312) 322-0567, Ext. 1468. For any other questions, please contact me at (312) 322-0567, Ext. 1500.

Sincerely,

R. A. Heisner
Warden