UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK
_____

UNITED STATES OF AMERICA

                                                        NOTICE OF MOTION AND MOTION

vs.                                                        20-MJ-1010

BRANDON KIDDER

                    Defendant.
_____

**PLEASE TAKE NOTICE**, that the undersigned DOMINIC SARACENO, ESQ., attorney for the defendant, BRANDON KIDDER, based upon the following affirmation hereby moves for a 45 day adjournment of the January 13, 2021 48b date.

## **AFFIRMATION**

1. I am an attorney at law duly licensed to practice in the State of New York and in the Western District of New York with offices located at 534 Delaware Avenue, Buffalo, New York 14202.

2. This affirmation is offered in support of counsel's request for an adjournment of the above referenced 48b date.

3. The Court previously entered a 48b date of January 13, 2021.

4. Since the entry of the above-referenced order, the parties have been working diligently to come to a resolution in this matter.

5. The parties require additional time to finalize details surrounding the plea.

6. Defense counsel also needs time to speak with the defendant about the plea offer.

7. The defense counsel is making this motion on behalf of Brandon Kidder.

8. Assistant United States Attorney CAITLIN HIGGINS has consented to adjourning the 48b date.

9. The defendant agrees that the additional time allowed is excludable under the Speedy Trial Act.

**WHEREFORE**, for the reasons set forth above, defendant, BRANDON KIDDER, respectfully requests an Order from this Court granting an adjournment of the 48b date.

s/ Dominic Saraceno, Esq.

DOMINIC SARACENO, ESQ.
534 Delaware Avenue
Buffalo, New York 14202
(716) 626-7007 (t)
(800)-305-5836   (f)
saracenolaw@gmail.com

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK
_____

UNITED STATES OF AMERICA

vs.

BRANDON KIDDER

               Defendant.
_____

## CERTIFICATE OF SERVICE

20-MJ-1010

I hereby certify that on January 11, 2021, I electronically filed the foregoing with the Clerk of the District Court using its CM/ECF system, which would then electronically notify the following EM/EF Participant on this case:

CAITLIN HIGGINS, AUSA
138 Delaware Avenue
Buffalo, New York 14202

s/Dominic Saraceno
_____
DOMINIC SARACENO