AO 455 (Rev. 01/09) Waiver of Indictment

# United States District Court
### for the
### Western District of New York

United States of America

v.

BRANDON KIDDER

*Defendant*

Case No. 21-CR-118

## WAIVER OF AN INDICTMENT

I understand that I have been accused of one or more offenses punishable by imprisonment for more than one year. I was advised in open court of my rights and the nature of the proposed charges against me.

After receiving this advice, I waive my right to prosecution by indictment and consent to prosecution by information.

Date: August 9, 2021

*Defendant's signature*

*Signature of defendant's attorney*

Dominic Saraceno, Esq.
*Printed name of defendant's attorney*

*Judge's signature*

HON. LAWRENCE J. VILARDO
United States District Judge
*Judge's printed name and title*