IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA,

v.                                                                          21-CR-118

BRANDON KIDDER,

                Defendant.

---

## INFORMATION
(Title 18, United States Code, Section 2252A(a)(5)(B))

### COUNT 1

**The United States Attorney Charges That:**

On or about May 24, 2019, in the Western District of New York, and elsewhere, the defendant, **BRANDON KIDDER**, did knowingly possess material, that is a Samsung Galaxy S7 Edge, model SM-G953V, IMEI 3555300073359650; a Samsung Galaxy 8 Note, IMEI 358071081254905; a Thermaltake Desktop Computer, S/N: VL10001W2Z1003001941; and an Attache Thumb drive with no visible serial number, that contained images of child pornography, as defined in Title 18 United States Code, Section 2256(8), which involved a prepubescent minor and a minor who had not attained 12 years of age; that had been shipped and transported using any means and facility of interstate and foreign commerce; that had been shipped and transported in and affecting interstate and foreign commerce by any means, including by computer; and that had been produced using materials that had been mailed, shipped and transported in and affecting interstate and foreign commerce by any means, including by computer.

      All in violation of Title 18, United States Code, Sections 2252A(a)(5)(B) and 2252A(b)(2).

## FORFEITURE ALLEGATION

### The United States Attorney Alleges That:

Upon conviction of the offense alleged in Count I of this Information, the defendant, BRANDON KIDDER, shall forfeit to the United States any property which contains a visual depiction of child pornography, pursuant to Title 18, United States Code, Section 2253(a)(l), and/or any and all property, real and personal, used or intended to be used to commit or to promote the commission of such offense, pursuant to Title 18, United States Code, Section 2253(a)(3), and all property traceable to such property, including but not limited to the following:

1) One Samsung Galaxy S7 Edge, model SM-G953V, IMEI 3555300073359650;

2) One Samsung Galaxy 8 Note, IMEI 358071081254905;

3) One Thermaltake Desktop Computer, S/N: VL10001W2Z1003001941; and

4) One Attache Thumb drive with no visible serial number.

**All pursuant to Title 18, United States Code, Sections 2253(a)(1) and 2253(a)(3).**

DATED: Buffalo, New York, August 9, 2021.

JAMES P. KENNEDY, JR.
United States Attorney

BY: *Caitlin M. Higgins*
CAITLIN M. HIGGINS
Assistant United States Attorney
United States Attorney's Office
Western District of New York
138 Delaware Avenue
Buffalo, New York  14202
716/843-5818
Caitlin.Higgins@usdoj.gov
