UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

v.  21-CR-118-LJV

BRANDON KIDDER,

          Defendant.

## PRELIMINARY ORDER OF FORFEITURE

**WHEREAS** on August 9, 2021, the defendant, BRANDON KIDDER, pled guilty to a one count Information, which charges a violation of Title 18 United States Code, Sections 2252A(a)(5)(B) and 2252A(b)(2) (possession of child pornography involving a prepubescent minor), and

**WHEREAS** from the defendant's conviction on this count of the Information, and from his entry of a plea of guilty that certain property is subject to forfeiture, the government has established the requisite nexus between the property and the offense committed by the defendant, and therefore that the following property is subject to forfeiture:

**PROPERTY:**

    a.    Samsung Galaxy S7 Edge, model SM-G953V, IMEI 3555300073359650;

    b.    Samsung Galaxy 8 Note, IMEI 358071081254905;

    c.    Thermaltake Desktop Computer, S/N: VL10001W2Z1003001941; and

    d.    Attache thumb drive with no visible serial number,

**NOW, THEREFORE,** pursuant to Federal Rule of Criminal Procedure 32.2 (b)(2) and Title 18, United States Code, Sections 2253(a)(1), 2253(a)(3), and 2428(a), and the incorporated procedures of Title 21, United States Code, Section 853, it is hereby

**ORDERED, ADJUDGED,** and **DECREED** that pursuant to Title 21, United States Code, Section 853(c) and (e) through (p), the above listed property and/or any interest therein is hereby condemned and forfeited to the United States of America and shall be disposed of according to law; and it is further

**ORDERED, ADJUDGED,** and **DECREED** that this Order shall serve as a judgment in favor of the United States of America regarding any and all of the defendant's right, title, and interest in the above-described property. The property is hereby condemned and forfeited to the United States of America and shall be disposed of according to law, and the United States of America shall seize the aforementioned property, and shall protect the interests of the Government in the property ordered forfeited, by providing a copy of this Order to any person or entity that has possession of, or jurisdiction over, the forfeited interests and by taking all steps necessary and appropriate to protect the interests of the United States of America, including the taking of actual possession of the property; and it is further

**ORDERED, ADJUDGED,** and **DECREED,** pursuant to Title 21, United States Code, Section 853(h), that following the seizure of the property ordered forfeited, the Attorney General, through the United States Attorney's Office and/or any other duly

authorized federal agency, shall direct the disposition of the property, making due provision for the rights of any innocent persons; and it is further

**ORDERED, ADJUDGED,** and **DECREED** that pursuant to Title 21, United States Code, Section 853(n)(1), the United States shall publish notice of this Order and of its intent to dispose of the property in such manner as the Attorney General, through the United States Attorney's Office and/or any other duly authorized federal agency, may direct, and provide notice that any person, other than the defendant, having or claiming a legal interest in the above forfeited property must file a petition with the court within thirty (30) days of the final publication of notice, or of receipt of actual notice, whichever is earlier.

This notice shall state that the petition: (1) shall request a hearing to adjudicate the validity of the petitioner's alleged interest in the property; (2) shall be signed by the petitioner under penalty of perjury; (3) shall set forth the nature and extent of the petitioner's right, title, or interest in the forfeited property; and (4) shall state any additional facts supporting the petitioner's claim and the relief sought.

The United States may also, to the extent practicable, provide direct written notice to any person known to have alleged an interest in any of the property that is the subject of the Order of Forfeiture as a substitute for published notice as to those persons so notified; and it is further

**ORDERED, ADJUDGED, AND DECREED** that if a Final Order of Forfeiture is issued concerning the subject property, the United States Marshals Service and/or any other duly authorized federal agency shall dispose of the forfeited property according to law. The United States Marshal Service shall be reimbursed for all costs incurred arising from the seizure and custody of said property. All remaining funds shall be deposited with United States Department of Justice Asset Forfeiture Fund; and it is further

**ORDERED, ADJUDGED, AND DECREED** that upon adjudication of all third-party interests, this Court will enter a Final Order of Forfeiture pursuant to Title 18, United States Code, Sections 2253(a)(1), 2253(a)(3), and 2428(a)(1) and (b)(1)(A).

**SO ORDERED.**

DATED:   August 25, 2021
         Buffalo, New York

_____
HON. LAWRENCE J. VILARDO
UNITED STATES DISTRICT JUDGE