UNITED STATES DISRICT COURT
WESTERN DISTRICT OF NEW YORK
_____

UNITED STATES OF AMERICA,

        vs.

BRANDON KIDDER

        DEFENDANT

_____

STATEMENT OF DEFENDANT WITH
RESPECT TO SENTENCING FACTORS
21 CR 118

      Dominic Saraceno, affirms under penalty of perjury that:

1. I am a duly licensed attorney, admitted to practice in the Western District of New York.
2. I represent the defendant, BRANDON KIDDER, in the above-entitled action brought by the United States of America.
3. I make this affirmation in accordance with the requirements of Section 6A1.2 of the Sentencing Guidelines, "Statement of Defendant with Respect to Sentencing Factors," as promulgated by the United States Sentencing Commission.
4. In accordance with those rules, it is hereby stated on behalf of the defendant that I have reviewed the Presentence Report and have discussed the same with the defendant.
5. There are no statements, conclusions or other information contained in that report which the defendant disputes.

      Dated: January 23, 2022                    Respectfully Submitted,

                                                    s/ Dominic Saraceno

                                                    DOMINIC SARACENO, ESQ.
                                                    534 Delaware Avenue
                                                    Buffalo, New York 14202
                                                    (716)626-7007 (T)
                                                    (800)305-5836 (F)
                                                    saracenolaw@gmail.com