UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK



UNITED STATES OF AMERICA,

v.

21-CR-118-LJV

BRANDON KIDDER,

Defendant.

# FINAL ORDER OF FORFEITURE

**WHEREAS** on August 25, 2021, the Court entered a Preliminary Order of Forfeiture based upon the Plea Agreement of the defendant, BRANDON KIDDER, whereby the defendant agreed to forfeit the following property, pursuant to 18 U.S.C. §§ 2253(a)(1), 2253(a)(3), and 2428(a):

**PROPERTY:**

    a.    Samsung Galaxy S7 Edge, model SM-G953V, IMEI 3555300073359650;

    b.    Samsung Galaxy 8 Note, IMEI 358071081254905;

    c.    Thermaltake Desktop Computer, S/N: VL10001W2Z1003001941; and

    d.    Attache thumb drive with no visible serial number;

**WHEREAS** the government published on an official government website (www.forfeiture.gov) notice of the forfeiture and of the government's intent to dispose of the aforementioned assets in accordance with the law and as specified in the Preliminary Order of Forfeiture;

WHEREAS no third parties filed claims to the assets, and the time to do so has expired, Fed. R. Crim. P. 32.2(c)(1); it is therefore

ORDERED, ADJUDGED, AND DECREED that the defendant, BRANDON KIDDER, forfeits the aforementioned property to the United States, pursuant to 18 U.S.C. §§ 2253(a)(1), 2253(a)(3), and 2428(a), incorporating all the relevant terms and conditions of the Preliminary Order of Forfeiture; and it is further

ORDERED, ADJUDGED, AND DECREED, pursuant to Federal Rule of Criminal Procedure 32.2(b)(4), that this Final Order of Forfeiture shall be made part of the sentence and included in the criminal judgment; and it is further

ORDERED, ADJUDGED, AND DECREED that this Court shall retain jurisdiction to enforce this Order and to amend it as necessary under Federal Rule of Criminal Procedure 32.2(e).

SO ORDERED.

DATED:    March 18, 2022.
          Buffalo, New York

_____
HON. LAWRENCE J. VILARDO
UNITED STATES DISTRICT JUDGE