IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NEW YORK
_____

UNITED STATES OF AMERICA,

     v.                                                                                              21-CR-118

BRANDON KIDDER,

                  Defendant.
_____

## NOTICE OF APPEARANCE

TO:   Clerk of the United States District Court
         for the Western District of New York

You are hereby requested to enter my appearance as counsel for the United States on the above-entitled action.

DATED: Buffalo, New York, April 25, 2022.

                                             TRINI E. ROSS
                                             United States Attorney

                        BY:   *s/LAURA A. HIGGINS*
                                   Assistant United States Attorney
                                   United States Attorney's Office
                                   Western District of New York
                                   138 Delaware Avenue
                                   Buffalo, New York 14202
                                   (716) 843-5862
                                   Laura.Higgins@usdoj.gov